# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 10-742-2 |
| TUAN LE | |

## ORDER

**AND NOW**, this 22nd Day of October, 2020, upon consideration of Defendant's pro se Motion for Compassionate Release (ECF 169) and the Government's Response thereto (ECF 174), **IT IS ORDERED** that Defendant's Motion is **DENIED.**

Upon consideration of the Government's motion (ECF 176) and after balancing the public right of access to court documents with ensuring the right to privacy in medical records, **IT IS FURTHER ORDERED** that Exhibit A to the Government's Response is impounded until further order. The Clerk of Court is directed to make no public docket entry of the sealed document, and to provide copies of all sealed documents only to the parties.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**